UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| IRENE FERNANDEZ individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation,<br><br>Defendant. | CASE NO. SACV13-648-DOC (RNBx)<br><br>[Magistrate Judge Robert N. Block]<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY AND RETURN OF DOCUMENTS**<br><br>Complaint filed: April 24, 2013<br>Trial Date:   None Set |

1 **<u>ORDER</u>**

2 The Court having considered the Parties' Stipulated Protective Order
3 Regarding Confidentiality and Return of Documents, filed July 30, 2013, IT IS
4 HEREBY ORDERED:

5 The Protective Order is granted.

6

7 IT IS SO ORDERED.

8

9 Date: <u>July 31, 2013</u>   _____

10                             Hon. Robert N. Block
11                             United States Magistrate Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28