1
2
3
4
5
6
7
8
9
10

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| IRENE FERNANDEZ individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation,<br><br>Defendant. | Case No.: CV 13-00648-DOC (RNBx)<br><br>**CLASS ACTION**<br><br>Hon. David O. Carter<br><br>**ORDER RE SCHEDULING OF MOTION FOR PRELIMINARY APPROVAL [31]** |

02441.23784/6291425.1

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PRELIMINARY SETTLEMENT APPROVAL

CASE NO. 8:13-CV-00648-DOC-RNB

The Court considered the Joint Stipulation Regarding Preliminary Settlement Approval filed by Plaintiff, Irene Fernandez, and Defendant, Home Depot, U.S.A., Inc.

**GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED** that:

1. Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement shall be filed no later than Monday, March 9, 2015;
2. The hearing on Plaintiff's Motion for Preliminary Approval shall be Monday, April 6, 2015, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: October 31, 2014

By: *David O. Carter*
Honorable David O. Carter