UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| IRENE FERNANDEZ individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT, U.S.A., INC., a Delaware corporation,<br><br>Defendant. | Case No.: CV 13-00648-DOC (RNBx)<br><br>**CLASS ACTION**<br><br>Hon. David O. Carter<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING PRELIMINARY SETTLEMENT APPROVAL SCHEDULING [36] |

02441.23784/6291425.1

1  The Court considered the Joint Stipulation Regarding Preliminary Settlement Approval Scheduling filed by Plaintiff, Irene Fernandez, and Defendants, Home Depot, U.S.A., Inc.

**GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED** that:

1. Plaintiff's unopposed Motion for Preliminary Approval of Class Action Settlement shall be filed no later than April 20, 2015;
2. The hearing on Plaintiff's Motion for Preliminary Approval shall be Monday, May 11, 2015, at 8:30 a.m., or on another date more convenient to the Court.

**IT IS SO ORDERED.**

Dated: March 2, 2015

By: *David O. Carter*
Honorable David O. Carter