Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Tarek H. Zohdy (SBN 247774)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
**CAPSTONE LAW APC**
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Irene Fernandez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| IRENE FERNANDEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>HOME DEPOT, U.S.A., Inc., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No.: SA CV-13-0648-DOC (RNBx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND A CLASS REPRESENTATIVE ENHANCEMENT PAYMENT [50]**<br><br>Date: January 19, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br><br>Complaint Filed: April 24, 2013 |

# ORDER

On January 19, 2016, at 8:30 a.m., this Court conducted the Final Fairness Hearing, which included consideration of Plaintiff's Motion for Attorneys' Fees, Costs, and a Class Representative Enhancement Payment. Having carefully considered the papers, evidence, and arguments presented, the Court finds and orders as follows:

1. The Court finds that the requested award of attorneys' fees in the amount of 25% of the common fund created by the settlement is reasonable for a contingency fee in a class action such as this. Additionally, evidence submitted by Plaintiff's counsel demonstrates that the requested costs and expenses of $7,270.75 are fair and reasonable.

2. The Court accordingly awards a total of $750,000 in attorneys' fees and $7,270.75 in costs and expenses to Plaintiff's counsel, Capstone Law APC.

3. The Court awards a Class Representative Enhancement Payment of $5,000 to Plaintiff Irene Fernandez.

**IT IS SO ORDERED.**

Dated: January 22, 2016

*David O. Carter*

Honorable David O. Carter
United States District Judge